UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHARLES FAMILETTI, JR.,<br><br>                    Defendant. | No. 13-CR-903 (LAP)<br><br>No. 19-CV-519 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Although the Court has no record of receiving Mr. Familetti's privilege waiver, he did append it to his recent letter.  (Dkt. no. 143.)  The Government shall respond to Mr. Familetti's § 2255 petition [dkt. no. 133] no later than February 8, 2021, and Mr. Familetti may reply no later than thirty days after the Government's response is served on him.  The Clerk of the Court shall send a copy of this order to Mr. Familetti.

**SO ORDERED.**

Dated:    January 6, 2021
          New York, New York

                                      *Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge